## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MULTIFEEDER TECHNOLOGY, INC., | Civil No. 09-1090 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE AND TO SUBSTITUTE THIRD-PARTY DEFENDANT** |
| BRITISH CONFECTIONERY COMPANY LIMITED, | |
| Defendant. | |
| and | |
| MULTIFEEDER TECHNOLOGY, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| DOMINO AMJET, INC., | |
| Third-Party Defendant. | |

Kristin L. Kingsbury and William Christopher Penwell, **SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.**, 100 Washington Avenue South, Suite 1300, Minneapolis, MN 55401, for plaintiff.

R. Christopher Sur and Paul B. Civello, **MASLON EDELMAN BORMAN & BRAND, LLP**, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402, for defendant British Confectionery Company Limited.

Cynthia Moyer and Sarah McLaren, **FREDRIKSON & BYRON, PA**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for Defendant Domino AmJet, Inc.

This matter is before the Court on the Stipulation to Substitute Proper Third Party Defendant filed by the parties on June 17, 2010 [Docket No. 43].

**IT IS HEREBY ORDERED** that Third-Party Plainff's claims against Third-Party Defendant Domino AmJet, Inc. are **DISMISSED WITH PREJUDICE**. Domino Printing Solutions, Inc. is substituted for Domino AmJet, Inc. as the Third-Party Defendant.

DATED: July 6, 2010                        ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                JOHN R. TUNHEIM
                                                         United States District Judge